around to find the lowest bidder, but had a right to have the printing done by a reputable printer and tax the reasonable expense thereof. See *Behr* v. *Baker,* 257 Mich. 487.

The taxation by the clerk will stand affirmed.

---

### WILD *v.* PURE OIL CO.

This case is controlled by *Fetters* v. *Wittmer Oil & Gas Properties, ante,* 310.

Appeal from Isabella; Hart (Ray), J. Submitted October 22, 1931. (Docket No. 170, Calendar No. 35,783.) Decided April 19, 1932.

Bill by Elsie May Wild against Pure Oil Company and others to set aside an oil and gas lease. Bill dismissed. Plaintiff appeals. Affirmed.

*O'Keefe & O'Keefe,* for plaintiff.

*Virgil W. McClintic, F. H. Dodds,* and *James E. Ryan,* for defendant Pure Oil Company.

PER CURIAM. This case is a companion of *Fetters* v. *Wittmer Oil & Gas Properties, ante,* 310, and is controlled thereby.

Affirmed accordingly, with costs to appellee.